B6C (Official Form 6C) (4/10)

In re  **James D. Noteware**                                    Case No.  **10-41451**  _____
                                                                                (If known)

*AMENDED 1/3/2011*
# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☑ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $146,450.*

☐  11 U.S.C. § 522(b)(2)

☑  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 5402 Fieldwood Drive, Houston, TX 77056 Homestead (50% joint undivided interest) | Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002 | $750,000.00 | $750,000.00 |
| Houston Homestead (all furniture 10-15 years old):<br>- 3 sofas and sectional sofa<br>- cabinet<br>- grandfather clock<br>- 2 chairs<br>- 6 upholstered chairs<br>- 2 coffee tables<br>- 1 amoire<br>- 8 end tables<br>- 1 coat rack<br>- 1 dining table with 8 chairs<br>- TV<br>- 1 desktop computer (5 years+)<br>- 1 laptop computer (5 years+)<br>- kitchen appliances<br>- dishes, flatware, utensils, etc.<br>- 3 dressers and bedside table<br>- 8 misc. chairs<br>- 3 bar stools<br>- 4 bed frames (in storage, no mattresses) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $16,000.00 | $16,000.00 |
| Houston Homestead:<br>- books, artwork, pictures | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $2,000.00 | $2,000.00 |
| Various personal clothing. | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(5) | $10,000.00 | $10,000.00 |
| *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced  on or after the date of adjustment.* | | **$778,000.00** | **$778,000.00** |

B6C (Official Form 6C) (4/10) -- Cont.

In re  **James D. Noteware**                                     Case No.  **10-41451**
                                                                         (If known)

*AMENDED 1/3/2011*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Jewelry | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(6) | $1,000.00 | $1,000.00 |
| Houston Homestead: - musical instruments | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $15,900.00 | $15,900.00 |
| Term Life - Re-Assure America Life - $3 million | Tex. Ins. Code § 1108.051 | $0.00 | $0.00 |
| Term Life - USAA - $750,000+ | | | |
| Term Life - through City of Houston - $170,000 | | | |
| IRA | Tex. Prop. Code § 42.0021 | $100.00 | $100.00 |
| 401(k) | Tex. Prop. Code § 42.0021 | $20.00 | $20.00 |
| MAXXAM - Defined Benefit Plan | Tex. Prop. Code § 42.0021 | $100,000.00 | $100,000.00 |
| | | **$895,020.00** | **$895,020.00** |