B6A (Official Form 6A) (12/07)

United States District Court
Southe.. District of Texas
FILED

DEC 3 0 2010

David J. Bradley, Clerk of Court

In re  **James D. Noteware**                  Case No.  **10-41451**
                                                         (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 5402 Fieldwood Drive, Houston, TX 77056<br>Homestead (50% joint undivided interest) | Fee Simple | C | $750,000.00 | $0.00 |
| Cabin located at 8921 Gold Dust Trail, Bozeman, MT 59715<br>50% joint undivided interest | Fee Simple | C | $162,500.00 | $465,000.00 |
| | | Total: | $912,500.00 | |

(Report also on Summary of Schedules)

B6 Summary (Official Form 6 - Summary) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

United States District Court
Souther..  District of Texas
FILED

DEC 3 0 2010

In re   **James D. Noteware**

Case No.    **10-41451**

Chapter      **7**        David J. Bradley, Clerk of Court

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $912,500.00 | | |
| B - Personal Property | Yes | 6 | $152,155.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $465,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 12 | | $11,961,686.09 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $19,007.83 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $29,808.00 |
| TOTAL | | 28 | $1,064,655.00 | $12,426,686.09 | |

B6B (Official Form 6B) (12/07)

In re  **James D. Noteware**                           Case No.   **10-41451**
                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash | H | $65.00 |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | Sterling Bank (Houston, TX) - Checking Account | H | $65.00 |
| | | Amegy Bank (Houston, TX) - Checking Account | J | $5.00 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Houston Homestead (all furniture 10-15 years old):<br>- 3 sofas and sectional sofa<br>- cabinet<br>- grandfather clock<br>- 2 chairs<br>- 6 upholstered chairs<br>- 2 coffee tables<br>- 1 amoire<br>- 8 end tables<br>- 1 coat rack<br>- 1 dining table with 8 chairs<br>- TV<br>- 1 desktop computer (5 years+)<br>- 1 laptop computer (5 years+)<br>- kitchen appliances<br>- dishes, flatware, utensils, etc.<br>- 3 dressers and bedside table<br>- 8 misc. chairs<br>- 3 bar stools<br>- 4 bed frames (in storage, no mattresses) | C | $16,000.00 |
| | | Montana Cabin:<br>- 4 bed frames<br>- 1 futon | C | $2,000.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **James D. Noteware**                          Case No.   **10-41451**
                                                                 (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | - 1 sofa<br>- 1 picnic table<br>- lawn/patio furniture<br>- 1 amoire/desk and 4 chairs<br>- 3 area rugs<br>- cabinet dish storage<br>- appliances<br>- dishes, utensils, pans<br>- 1 tv<br>- 1 armchair | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Houston Homestead:<br>- books, artwork, pictures | C | $2,000.00 |
| 6. Wearing apparel. | | Various personal clothing. | H | $10,000.00 |
| 7. Furs and jewelry. | | Jewelry | C | $1,000.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | | Houston Homestead:<br>- musical instruments | C | $15,900.00 |
| | | Montana Cabin:<br>- 1 old bicycle<br>- snow shoes<br>- ski equipment | C | $1,000.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Term Life - Re-Assure America Life - $3 million<br>Term Life - USAA - $750,000+<br>Term Life - through City of Houston - $170,000 | H | $0.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **James D. Noteware**                                    Case No.  __10-41451__
                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | | IRA | H | $100.00 |
| | | 401(k) | H | $20.00 |
| | | MAXXAM - Defined Benefit Plan | H | $100,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Noteware Development, LLC<br>Noteware LLC<br>Noteware Jamestown Member LLC (in process of dissolution)<br>Noteware Nevada, LLC (in process of dissolution)<br>Noteware HFBE Mesa Verde, LLC (in process of dissolution)<br>Noteware Mesa Verde Investment, LLC (in process of dissolution)<br>Noteware Affiliated Group, LLC (in process of dissolution)<br>Noteware Third Street Member LLC (in process of dissolution) | H | $0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **James D. Noteware**                                    Case No.   **10-41451**
                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **James D. Noteware**                                    Case No.  **10-41451**
                                                                          (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1988 Harley Davidson | H | $4,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **James D. Noteware**                                      Case No.   __10-41451__
                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____5_____ continuation sheets attached     **Total >** | **$152,155.00**

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re   **James D. Noteware**

Case No.   <u>**10-41451**</u>

(If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐  11 U.S.C. § 522(b)(2)

☑  11 U.S.C. § 522(b)(3)

☑  Check if debtor claims a homestead exemption that exceeds $146,450.*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 5402 Fieldwood Drive, Houston, TX 77056 Homestead (50% joint undivided interest) | Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002 | $750,000.00 | $750,000.00 |
| Houston Homestead (all furniture 10-15 years old):<br>- 3 sofas and sectional sofa<br>- cabinet<br>- grandfather clock<br>- 2 chairs<br>- 6 upholstered chairs<br>- 2 coffee tables<br>- 1 amoire<br>- 8 end tables<br>- 1 coat rack<br>- 1 dining table with 8 chairs<br>- TV<br>- 1 desktop computer (5 years+)<br>- 1 laptop computer (5 years+)<br>- kitchen appliances<br>- dishes, flatware, utensils, etc.<br>- 3 dressers and bedside table<br>- 8 misc. chairs<br>- 3 bar stools<br>- 4 bed frames (in storage, no mattresses) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $16,000.00 | $16,000.00 |
| Houston Homestead:<br>- books, artwork, pictures | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $2,000.00 | $2,000.00 |
| Various personal clothing. | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(5) | $10,000.00 | $10,000.00 |
| * Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment. | | **$778,000.00** | **$778,000.00** |

B6C (Official Form 6C) (4/10) -- Cont.

In re   **James D. Noteware**                                    Case No.   **10-41451**
                                                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Jewelry | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(6) | $1,000.00 | $1,000.00 |
| Houston Homestead: - musical instruments | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(7) | $15,900.00 | $15,900.00 |
| | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(8) | $0.00 | |
| IRA | Tex. Prop. Code § 42.0021 | $100.00 | $100.00 |
| 401(k) | Tex. Prop. Code § 42.0021 | $20.00 | $20.00 |
| MAXXAM - Defined Benefit Plan | Tex. Prop. Code § 42.0021 | $100,000.00 | $100,000.00 |
| | | **$895,020.00** | **$895,020.00** |

B 6D (Official Form 6D) (12/07)

United States District Court
Southe . District of Texas
FILED

In re  James D.  Noteware                              ,        Case No.  10-41451
                    **Debtor**                                              (If known)

DEC 3 0 2010

David J. Bradley, Clerk of Court

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐       Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | 3/2006 | | | | | |
| Merrill Lynch Home Loans Home Equity Service Center PO Box 5443 Mount Laurel, NJ 08054 | | C | Fee Simple 50% joint undivided interest First lien on 8921 Gold Dust Trail, Bozeman, MT | | | | 295,000.00 | |
| | | | VALUE $ 162,500.00 | | | | | |
| ACCOUNT NO. | | | 12/31/08 | | | | | |
| Warren Noteware 1615 Sheridan Way Stockton, CA 95207 | | H | Fee Simple 50% joint undivided interest Second lien on 8921 Gold Dust Trail, Bozeman, MT | | | | 170,000.00 | 140,000.00 |
| | | | VALUE $ 162,500.00 | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| 0  continuation sheets attached | | | Subtotal ▶ (Total of this page) | | | | $ 465,000.00 | $ 140,000.00 |
| | | | Total ▶ (Use only on last page) | | | | $ 465,000.00 | $ 140,000.00 |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

United States District Court
Southe... District of Texas
FILED

DEC 3 0 2010

David J. Bradley, Clerk of Court

B6E (Official Form 6E) (04/10)

In re  **James D. Noteware**

Case No.  **10-41451**

(If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐  **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐  **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐  **Administrative allowances under 11 U.S.C. Sec. 330**

Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**No**_____continuation sheets attached

United States District Court
Southe.. District of Texas
FILED

DEC 3 0 2010

David J. Bradley, Clerk of Court

B6F (Official Form 6F) (12/07)

In re    **James D. Noteware**

Case No.   **10-41451**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:   xxxxxxxxx0332<br>**Accord Credito Services, LLC**<br>PO Box 10002<br>Newnan, GA 30271 | | H | DATE INCURRED:  2009/2010<br>CONSIDERATION:<br>**Collecting for AT&T**<br>REMARKS: | | | | **$400.82** |
| ACCT #:<br>**Amegy Bank National Association**<br>4400 Post Oak Parkway<br>Houston, TX 77027 | | H | DATE INCURRED:  5/14/2010<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS:<br>**Cause No. 2010-13905-7; Amegy Bank N.A. vs. James D. Noteware; In the 334th Judicial District Court of Harris County, Texas** | | | | **$245,660.11** |
| Representing:<br>**Amegy Bank National Association** | | | Elizabeth Bruman, Esq.<br>The Law Office of Elizabeth Bruman, P.C.<br>4560 FM 1960 Rd., West, Suite 104<br>Houston, TX 77069 | | | | **Notice Only** |
| Representing:<br>**Amegy Bank National Association** | | | Gary Glesby, Esq.<br>3040 Post Oak Boulevard, 13th Floor<br>Houston, Texas 77056-6500 | | | | **Notice Only** |
| ACCT #:   xxxxxxxxxxxx0983<br>**American Express**<br>PO Box 981537<br>El Paso, TX 79998 | | H | DATE INCURRED:  2009<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$3,534.00** |
| ACCT #:   18847****<br>**BAC Home Loans Servicing**<br>450 American Street<br>Simi Valley, CA 93065 | | H | DATE INCURRED:  1/2008<br>CONSIDERATION:<br>**Note**<br>REMARKS:<br>**Note secured by Warren Noteware's San Francisco residence** | | | | **$510,000.00** |
| | | | | | | Subtotal > | **$759,594.93** |
| | | | | | | Total > | |

_____11_____ continuation sheets attached

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **James D. Noteware**

Case No.   **10-41451**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:** **BAC Home Loans Servicing** | | | **Bank of America Home Loans** **Customer Service** **PO Box 5170** **Simi Valley, CA 93062-5170** | | | | **Notice Only** |
| ACCT #:  **4339****** **Bank of America** **PO Box 15026** **Wilmington, DE 19850** | | H | DATE INCURRED: **2009** CONSIDERATION: **Credit Card** REMARKS: | | | | **$14,187.00** |
| ACCT #:  **4888****** **Bank of America** **PO Box 15026** **Wilmington, DE 19850** | | H | DATE INCURRED: **2010** CONSIDERATION: **Credit Card** REMARKS: | | | | **$9.00** |
| ACCT #: **Byron Wade** **25447 Vinechase Drive** **Porter, TX 77365** | | H | DATE INCURRED: CONSIDERATION: **Services** REMARKS: **Services related to Noteware Development LLC and other business entities.** | | | | **$27,798.00** |
| ACCT #:  **8739****** **CACH, LLC** **370 17th Street, Suite 5000** **Denver, CO 80202** | | H | DATE INCURRED: **2010** CONSIDERATION: **Credit Card** REMARKS: **Assignee of Swift Financial loan.** | | | | **$36,325.00** |
| ACCT #:  **4802****** **Capital One Bank USA** **c/o Portfolio Recovery** **120 Corporate Blvd** **Norfolk, VA 23502** | | H | DATE INCURRED: **2009** CONSIDERATION: **Credit Card** REMARKS: | | | | **$24,846.00** |

Sheet no. ___1___ of ___11___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$103,165.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **James D. Noteware**

Case No.   <u>**10-41451**</u>
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  5466****<br>**Chase Bank USA**<br>PO Box 15298<br>Wilmington, DE 19850 | | H | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$8,410.00** |
| ACCT #:  5528****<br>**Citi Cards**<br>PO Box 6241<br>Sioux Falls, SD 57117 | | H | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$14,041.00** |
| ACCT #:  5424****<br>**Citi Cards**<br>PO Box 6500<br>Sioux Falls, SD 57117 | | H | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$29,984.00** |
| ACCT #:<br>**Client Services, Inc.**<br>3451 Harry Truman Blvd<br>Saint Charles, MO 63301 | | H | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Collecting for Citibank**<br>REMARKS: | | | | **$14,041.92** |
| ACCT #:<br>**Compass Bank**<br>Special Assets Group<br>Weslayan Banking Center<br>24 Greenway Plaza, 14th Floor<br>Houston, TX 77046 | | H | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Personal Guaranty**<br>REMARKS:<br>**Mesa Verde Associates Personal Guaranty on Business Debt** | X | X | | **$8,000,000.00** |
| ACCT #:  xxxx-xxxx-xxxx-8273<br>**Creditors Financial Group, LLC**<br>PO Box 440290<br>Aurora, CO 80044 | | H | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Collecting for Bank of America**<br>REMARKS:<br>**Noteware Development LLC account** | | | | **$14,187.07** |

Sheet no. <u>2</u> of <u>11</u> continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     **$8,080,663.99**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **James D. Noteware**

Case No.  **10-41451**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**CT Corporation System**<br>**Corporation Trust Center**<br>**1209 Orange Street**<br>**Wilmington, DE 19801** | | H | DATE INCURRED: **2009**<br>CONSIDERATION:<br>**Delaware Registered Agent Fees**<br>REMARKS:<br>**Fees related to Noteware Third Street Member LLC and Noteware Affiliated Group, LLC.** | | | | $1,368.00 |
| ACCT #:  xx-x5367<br>**Debra Brown, Secretary of State**<br>**State of California**<br>**1500 11th Street, 4th Floor**<br>**Sacramento, CA 95814** | | H | DATE INCURRED: **2009**<br>CONSIDERATION:<br>**Noteware Development LLC fees**<br>REMARKS: | | | | $60.00 |
| ACCT #:<br>**Dillingham & Murphy, LLP**<br>**225 Bush Street, Sixth Floor**<br>**San Francisco, California 94104-4215** | | H | DATE INCURRED: **2010**<br>CONSIDERATION:<br>**Legal Services**<br>REMARKS: | | | | $1,200.00 |
| ACCT #:  601129****<br>**Discover Financial Services LLC**<br>**PO Box 15316**<br>**Wilmington, DE 19850** | | H | DATE INCURRED: **2009**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $18,108.00 |
| ACCT #:  601139****<br>**Discover Financial Services LLC**<br>**PO Box 15316**<br>**Wilmington, DE 19850** | | H | DATE INCURRED: **2009**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $2,850.00 |
| ACCT #:  4028****<br>**Discover Personal Loans**<br>**PO Box 30954**<br>**Salt Lake City, UT 84130** | | H | DATE INCURRED: **2009**<br>CONSIDERATION:<br>**Loan**<br>REMARKS: | | | | $21,490.00 |

Sheet no. ___3___ of ___11___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $45,076.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **James D. Noteware**

Case No. **10-41451**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Ellman Burke Hoffman & Johnson**<br>**601 California St, 19th Floor**<br>**San Francisco, CA 94108** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Legal Services**<br>REMARKS:<br>**Legal services incurred relative to Third Street, Jamestown, et al.** | | | | **$81,642.49** |
| ACCT #:<br>**Encore Bank**<br>**Nine Greenway Plaza, Suite 1000**<br>**Houston, TX 77046-0900** | | H | DATE INCURRED:  **6/14/2010**<br>CONSIDERATION:<br>**Note**<br>REMARKS:<br>**Cause No. 2010-15900; Encore Bank vs. James D. Noteware; In the 234th Judicial District Court of Harris County, Texas** | | | | **$209,408.30** |
| **Representing:**<br>**Encore Bank** | | | **L. David Smith, Esq.**<br>**Chernosky, Smith, Ressling & Smith, PLLC**<br>**4646 Wild Indigo, Suite 110**<br>**Houston, TX 77027** | | | | **Notice Only** |
| ACCT #:  **xxxx2282**<br>**Encore Receivable Management, Inc.**<br>**PO Box 1880**<br>**Southgate, MI 48195** | | H | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**Discover Card Account** | | | | **$2,850.62** |
| ACCT #:<br>**Eric Rimes**<br>**c/o Maureen E. McFadden, Esq.**<br>**Law Offices of Maureen E. McFadden**<br>**405 Fourteenth Street, Suite 915**<br>**Oakland, CA 94612** | | H | DATE INCURRED:  **11/12/2010**<br>CONSIDERATION:<br>**Contract**<br>REMARKS: | | | | **$12,000.00** |
| ACCT #:  **5023****<br>**Federal Loan Servicing**<br>**PO Box 69184**<br>**Harrisburg, PA 17106** | | H | DATE INCURRED:  **9/2/2008**<br>CONSIDERATION:<br>**Parent Student Loan**<br>REMARKS: | | | | **$34,163.59** |

Sheet no.  **4**  of  **11**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$340,065.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **James D. Noteware**

Case No.   **10-41451**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **5023\*\*\*\***<br>**Federal Loan Servicing**<br>**PO Box 69184**<br>**Harrisburg, PA 17106** | | H | DATE INCURRED:  **9/15/2008**<br>CONSIDERATION:<br>**Parent Student Loan**<br>REMARKS: | | | | **$15,926.14** |
| ACCT #:  **xxxx9317**<br>**Financial Recovery Services, Inc.**<br>**PO Box 385908**<br>**Minneapolis, MN 55438** | | H | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Collecting for CACH, LLC**<br>REMARKS: | | | | **$36,324.84** |
| ACCT #:  **xxxx-xxxx-xxxx-8900**<br>**FMA Alliance, Ltd.**<br>**11811 North Freeway, Suite 900**<br>**Houston, TX 77060** | | H | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**Discover Card account** | | | | **$18,108.40** |
| ACCT #:  **xxxx-xxxx-xxxx-8900**<br>**Focus Receivables Management**<br>**5601 Offices Blvd. NE**<br>**Suite 500**<br>**Albuquerque, NM 87109** | | H | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Collecting for Discover Card**<br>REMARKS: | | | | **$18,108.40** |
| ACCT #:  **xxxx-xxxx-xxxx-2078**<br>**Frederick J. Hanna & Associates, P.C.**<br>**1427 Roswell Road**<br>**Marietta, GA 30062** | | H | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Collecting for Chase Bank USA, N.A.**<br>REMARKS: | | | | **$8,410.70** |
| ACCT #:<br>**Gainer, Donnelly & Desroches, LLP**<br>**5847 San Felipe, Suite 1100**<br>**Houston, TX 77057** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS:<br>**CPA services provided to Noteware Development LLC and related entities** | | | | **$26,575.00** |

Sheet no.  ___**5**___  of  ___**11**___  continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$123,453.48**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **James D. Noteware**

Case No. __10-41451_____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **1553****** <br> **Goal Financial** <br> **PO Box 7860** <br> **Madison, WI 53707** | | H | DATE INCURRED: **9/2004** <br> CONSIDERATION: <br> **Parent Student Loan** <br> REMARKS: | | | | **$27,910.00** |
| ACCT #:  **5522****** <br> **HSBC Bank** <br> **PO Box 5253** <br> **Carol Stream, IL 60197** | | H | DATE INCURRED: **2009** <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | | **$5,935.00** |
| ACCT #: <br> **IAG** <br> **5599 San Felipe, 9th Floor** <br> **Houston, TX 77056** | | H | DATE INCURRED: **2010** <br> CONSIDERATION: <br> **Services** <br> REMARKS: <br> **Services related to Noteware Development LLC and other business entities.** | | | | **$1,875.19** |
| ACCT #: <br> **Judson Design** <br> **2407 Norfolk** <br> **Houston, TX 77098** | | H | DATE INCURRED: <br> CONSIDERATION: <br> **Services** <br> REMARKS: <br> **Services related to Noteware Development LLC and other business entities.** | | | | **$714.19** |
| ACCT #: <br> **K & S North Titusville, LLC** <br> **7001 Brush Hollow Road** <br> **Westbury, NY 11590-1743** | | H | DATE INCURRED: **3/4/2010** <br> CONSIDERATION: <br> **Judgment** <br> REMARKS: <br> **Cause No. 2010-30700-7; K&S North Titusville vs. James Noteware; In the 80th Judicial District Court of Harris County, Texas** | | | | **$1,657,108.49** |
| | | | **(enforcing foreign judgment in Cause No. 09 CIVIL 9667 (DAB) in the U.S. District Court, Southern District of N.Y.)** | | | | |

Sheet no. ____**6**____ of ____**11**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > | **$1,693,542.87**

Total > 
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **James D. Noteware**

Case No.   **10-41451**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Representing: K & S North Titusville, LLC | | | David Bolton, Esq. David Bolton, P.C. 666 Old Country Road, Suite 509 Garden City, NY 11530 | | | | **Notice Only** |
| Representing: K & S North Titusville, LLC | | | David T. Keller, Jr. Weycer, Kaplan, Pulaski & Zuber, P.C. Eleven Greenway Plaza, Suite 1400 Houston, TX 77046 | | | | **Notice Only** |
| ACCT #: Kaempfer Crowell, et al. 8345 West Sunset Road, Suite 250 Las Vegas, NV 89113 | | H | DATE INCURRED: CONSIDERATION: **Legal Services** REMARKS: **Legal services related to Noteware Development LLC and other business entities.** | | | | **$20,000.00** |
| ACCT #: Locke Lord Bissell & Liddell LLP 2800 JPMorgan Chase Tower 600 Travis Houston, TX 77002 | | H | DATE INCURRED: CONSIDERATION: **Legal Services** REMARKS: **Legal services related to Noteware Development LLC and other business.** | | | | **$16,231.25** |
| ACCT #: Mariscal, Weeks, McIntyre & Friedlander 2901 North Central Ave, Suite 200 Phoenix, AZ 85012-2797 | | H | DATE INCURRED: CONSIDERATION: **Legal Services** REMARKS: **Legal services related to Noteware Development LLC and other business entities.** | | | | **$34,061.12** |
| | | | Donald Dyekman - $23,332.72 Peter Winkler - $10,367.20 Miscellaneous - $361.20 | | | | |

Sheet no. ___7___ of ___11___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$70,292.37**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re    **James D. Noteware**

Case No.   **10-41451**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **9547****** <br> **Merrill Lynch Credit Corporation** <br> **4804 Deer Lake Drive East** <br> **Jacksonville, FL 32246** | | H | DATE INCURRED: 2/2006 <br> CONSIDERATION: <br> **Home Equity Line of Credit** <br> REMARKS: <br> **Note secured by Warren Noteware's Stockton, California home** | | | | **$430,000.00** |
| **Representing:** <br> **Merrill Lynch Credit Corporation** | | | **Merrill Lynch** <br> **Home Equity Service Center** <br> **PO Box 5443** <br> **Mt. Laurel, NJ 08054-5443** | | | | **Notice Only** |
| ACCT #:  **4371****** <br> **Missouri Higher Education Loan Authority** <br> **633 Spirit Drive** <br> **Chesterfield, MO 63005-1243** | | H | DATE INCURRED: 10/4/2006 <br> CONSIDERATION: <br> **Parent Student Loan** <br> REMARKS: | | | | **$48,025.07** |
| ACCT #: <br> **Missouri Higher Education Loan Authority** <br> **633 Spirit Drive** <br> **Chesterfield, MO 63005-1243** | | H | DATE INCURRED: 9/13/2007 <br> CONSIDERATION: <br> **Parent Student Loan** <br> REMARKS: | | | | **$49,188.67** |
| ACCT #: <br> **Morgan, Lewis & Bockius LLP** <br> **One Market, Spear Street Tower** <br> **San Francisco CA 94105** | | H | DATE INCURRED: 2009 <br> CONSIDERATION: <br> **Legal Services** <br> REMARKS: <br> **Legal services related to Noteware Development LLC and other business entities.** | | | | **$33,838.17** |
| **Representing:** <br> **Morgan, Lewis & Bockius LLP** | | | **Morgan, Lewis & Bockius LLP** <br> **1000 Louisiana Street, Suite 4000** <br> **Houston, TX 77002** | | | | **Notice Only** |

Sheet no. ___8___ of ___11___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$561,051.91**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **James D. Noteware**

Case No.  <u>**10-41451**</u>

<u>(if known)</u>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx-2683**<br>**O'Connor & Associates**<br>**2200 North Loop W., Suite 200**<br>**Houston, TX 77018** | | H | DATE INCURRED:  **12/6/2010**<br>CONSIDERATION:<br>**Tax Services**<br>REMARKS: | | | | $1,539.33 |
| ACCT #:  **xx4467**<br>**Office of the Treasurer & Tax Collector**<br>**City and County of San Francisco**<br>**PO Box 7426**<br>**San Francisco, CA 94120** | | H | DATE INCURRED:  **2010**<br>CONSIDERATION:<br>**Noteware Development LLC Business Taxes**<br>REMARKS: | | | | $125.00 |
| ACCT #:  **xxxx-xxxx-xxxx-5534**<br>**Portfolio Recovery Associates, LLC**<br>**140 Corporate Boulevard**<br>**Norfolk, VA 23502** | | H | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**Capital One Bank credit card** | | | | $23,992.18 |
| ACCT #:  **xxxx-xxxx-xxxx-6348**<br>**Primary Financial Services**<br>**3115 North 3rd Avenue**<br>**Suite 112**<br>**Phoenix, AZ 85013** | | H | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $29,401.75 |
| ACCT #:<br>**Sedgwick, Detert, Moran & Arnold LLP**<br>**One Market Plaza**<br>**Steuart Tower, 8th Floor**<br>**San Francisco, CA 94105** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Legal Services**<br>REMARKS:<br>**Legal services related to Noteware Development LLC and other business entities.** | | | | $481.50 |
| ACCT #:<br>**Sherman & Howard LLC**<br>**2800 North Central Avenue, Suite 1100**<br>**Phoenix, AZ 85004** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Legal Services**<br>REMARKS:<br>**Legal services related to Noteware Development LLC and other business entities.** | | | | $6,976.37 |

Sheet no. <u>9</u> of <u>11</u> continuation sheets attached to

Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $62,516.13

Total >

(Use only on last page of the completed Schedule F.)

(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **James D. Noteware**

Case No.   **10-41451**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**St. Luke's Hospital**<br>6720 Bertner Avenue<br>Houston, TX 77030 | | H | DATE INCURRED:  **11/29/2010**<br>CONSIDERATION:<br>**Medical Bills**<br>REMARKS:<br>**Insurance should pay most, if not all.** | X | X | | $50,000.00 |
| ACCT #:   xxxxxxxxxx4000<br>**State of California**<br>**Franchise Tax Board**<br>PO Box 942857<br>Sacramento, CA 94257 | | H | DATE INCURRED:  **2008/2009**<br>CONSIDERATION:<br>**Noteware Jamestown Member LLC Franchise Taxes**<br>REMARKS: | | | | $2,261.70 |
| ACCT #:   xxxxxxxxxx2000<br>**State of California**<br>**Franchise Tax Board**<br>PO Box 942857<br>Sacramento, CA 94257 | | H | DATE INCURRED:  **2008/2009**<br>CONSIDERATION:<br>**Noteware Nevada LLC Franchise Taxes**<br>REMARKS: | | | | $2,261.70 |
| ACCT #:   xxxxxxxxxx3000<br>**State of California**<br>**Franchise Tax Board**<br>PO Box 942857<br>Sacramento, CA 94257 | | H | DATE INCURRED:  **2008/2009**<br>CONSIDERATION:<br>**Noteware Third Street Member LLC Franchise Taxes**<br>REMARKS: | | | | $2,057.12 |
| ACCT #:   xxxxxxxx0241<br>**State of California**<br>**Franchise Tax Board**<br>PO Box 942857<br>Sacramento, CA 94257 | | H | DATE INCURRED:  **2008/2009**<br>CONSIDERATION:<br>**Jamestown Equity Partners LLC Franchise Taxes**<br>REMARKS: | | | | $947.31 |
| ACCT #:   8739****<br>**Swift Financial**<br>4409 Silverside Road<br>Wilmington, DE 19809 | | H | DATE INCURRED:  **2010**<br>CONSIDERATION:<br>**Loan**<br>REMARKS: | | | | $36,325.00 |

Sheet no. __10__ of __11__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $93,852.83

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **James D. Noteware**

Case No. ___**10-41451**___

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxx6348<br>**Wells Fargo Bank**<br>**Business Direct Division**<br>**MAC S4101-050**<br>**PO Box 29746**<br>**Phoenix, AZ 85038** | | H | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Noteware LLC Account**<br>REMARKS: | | | | $28,411.58 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. ___**11**___ of ___**11**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > | $28,411.58

Total > | $11,961,686.09
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re   **James D. Noteware**

Case No.   **10-41451**
(if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  | United States District Court Southe... District of Texas FILED DEC 3 0 2010 David J. Bradley, Clerk of Court |

B 6H (Official Form 6H) (12/07)

In re   James D. Noteware                        ,                    Case No.   10-41451
                    **Debtor**                                                              **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Sylvia E. Maud<br>5402 Fieldwood Drive<br>Houston, TX 77056 | Merrill Lynch Home Loans<br>Home Equity Service Center<br>PO Box 5443<br>Mount Laurel, NJ 08054 |

United States District Court
Southe    District of Texas
FILED

DEC 3 0 2010

David J. Bradley, Clerk of Court

B6I (Official Form 6I) (12/07)

In re **James D. Noteware**

Case No. **10-41451**
(if known)

United States District Court
Southern District of Texas
FILED

DEC 30 2010

David J. Bradley, Clerk of Court

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | |
|---|---|---|---|
| **Married** | Relationship(s): Son<br>Daughter<br>Daughter | Age(s): 23<br>20<br>18 | Relationship(s):                Age(s): |

| **Employment:** | Debtor | Spouse |
|---|---|---|
| Occupation | Director of Housing/Comm. Dev. | Sylvia Maud |
| Name of Employer | City of Houston | Retired |
| How Long Employed | 9 months | |
| Address of Employer | 601 Sawyer Street #400<br>Houston, TX 77007 | 5402 Fieldwood Drive<br>Houston, TX 77056 |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $14,083.33 | $0.00 |
| 2. | Estimate monthly overtime | $0.00 | $0.00 |
| 3. | SUBTOTAL | $14,083.33 | $0.00 |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes (includes social security tax if b. is zero) | $2,199.10 | $0.00 |
| | b. Social Security Tax | $856.40 | $0.00 |
| | c. Medicare | $200.29 | $0.00 |
| | d. Insurance | $319.71 | $0.00 |
| | e. Union dues | $0.00 | $0.00 |
| | f. Retirement | $0.00 | $0.00 |
| | g. Other (Specify) | $0.00 | $0.00 |
| | h. Other (Specify) | $0.00 | $0.00 |
| | i. Other (Specify) | $0.00 | $0.00 |
| | j. Other (Specify) | $0.00 | $0.00 |
| | k. Other (Specify) | $0.00 | $0.00 |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $3,575.50 | $0.00 |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | $10,507.83 | $0.00 |
| 7. | Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | $0.00 |
| 8. | Income from real property | $0.00 | $8,500.00 |
| 9. | Interest and dividends | $0.00 | $0.00 |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | $0.00 |
| 11. | Social security or government assistance (Specify): | | |
| 12. | Pension or retirement income | $0.00 | $0.00 |
| 13. | Other monthly income (Specify): | | |
| | a. | $0.00 | $0.00 |
| | b. | $0.00 | $0.00 |
| | c. | $0.00 | $0.00 |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | $0.00 | $8,500.00 |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $10,507.83 | $8,500.00 |
| 16. | COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $19,007.83 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None.**

B6J (Official Form 6J) (12/07)
IN RE:   **James D. Noteware**

Case No.   **10-41451**   United States District Court
(if known)   Southe . District of Texas
FILED

DEC 3 0 2010

David J. Bradley, Clerk of Court

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $2,500.00 |
|    a. Are real estate taxes included?  ☐ Yes  ☑ No | |
|    b. Is property insurance included?  ☐ Yes  ☑ No | |
| 2. Utilities:  a. Electricity and heating fuel | $200.00 |
|           b. Water and sewer | $50.00 |
|           c. Telephone | $400.00 |
|           d. Other:  Cable, Internet, etc. | $150.00 |
| 3. Home maintenance (repairs and upkeep) | $100.00 |
| 4. Food | $1,500.00 |
| 5. Clothing | $400.00 |
| 6. Laundry and dry cleaning | $100.00 |
| 7. Medical and dental expenses | $2,200.00 |
| 8. Transportation (not including car payments) | $500.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $280.00 |
| 10. Charitable contributions | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|           a. Homeowner's or renter's | |
|           b. Life | $667.00 |
|           c. Health | $770.00 |
|           d. Auto | $150.00 |
|           e. Other:  Montana residence taxes, insur | $700.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | $3,100.00 |
| Specify: Homestead ad valorem property | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|           a. Auto: | |
|           b. Other:  Merrill Lynch Note on Montana residence | $831.00 |
|           c. Other:  Warren Noteware Note on Montana residenc | $200.00 |
|           d. Other:  Bank of America Note, secured by Warren | $2,810.00 |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home:   Parent Plus Loan | $1,500.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $500.00 |
| 17.a. Other: See attached personal expenses | $10,200.00 |
| 17.b. Other: | |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$29,808.00** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  **Plan to no longer pay Bank of America Note ($2,810/mo), secured by Warren Noteware's San Francisco, CA residence, and Merrill Lynch Note ($1,300/mo), secured by Warrent Noteware's Stockton, CA home.**

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---|
| a. Average monthly income from Line 15 of Schedule I | $19,007.83 |
| b. Average monthly expenses from Line 18 above | $29,808.00 |
| c. Monthly net income (a. minus b.) | ($10,800.17) |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   James D. Noteware

CASE NO   **10-41451**

CHAPTER   **7**

## EXHIBIT TO SCHEDULE J
### ITEM 17.a.

### Itemized Personal Expenses

| Expense | Amount |
|---|---|
| Children | $400.00 |
| Sylvia Maud's Debit/Credit Cards | $1,000.00 |
| Travel to care for elderly parents (California/Pennsylvania) | $200.00 |
| Travel for children (airfare to school) | $500.00 |
| NYU - tuition/room/board/books/computer for child (Ruthea) | $2,300.00 |
| Penn - tuition/room/board/books for child (Madeline) | $1,000.00 |
| Legal and accounting fees | $3,500.00 |
| Merrill Lynch Note, secured by Warren Noteware Stockton, California home | $1,300.00 |
| **Total >** | **$10,200.00** |