B 8 (Official Form 8) (12/08)

United States District Court
Southern District of Texas
FILED

DEC 30 2010

David J. Bradley, Clerk of Court

# UNITED STATES BANKRUPTCY COURT
Southern District of Texas

In re James D. Noteware,  
        Debtor

Case No. 10-41451  
Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)*

---

**Property No. 1**

| **Creditor's Name:**<br>Merrill Lynch Home Loans<br>Home Equity Service Center<br>PO Box 5443, Mount Laurel, NJ 08054 | **Describe Property Securing Debt:**<br>8921 Gold Dust Trail, Bozeman, MT 59715<br>(50% joint undivided interest) |
|---|---|

Property will be *(check one)*:
- ☐ Surrendered
- ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
- ☐ Claimed as exempt
- ☑ Not claimed as exempt

---

**Property No. 2** *(if necessary)*

| **Creditor's Name:**<br>Warren Noteware<br>1615 Sheridan Way, Stockton, CA 95207 | **Describe Property Securing Debt:**<br>8921 Gold Dust Trail, Bozeman, MT 59715<br>(50% joint undivided interest) |
|---|---|

Property will be *(check one)*:
- ☐ Surrendered
- ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
- ☐ Claimed as exempt
- ☑ Not claimed as exempt

B 8 (Official Form 8) (12/08) Page 2

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>❏ YES  ❏ NO |

| Property No. 2 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>❏ YES  ❏ NO |

| Property No. 3 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>❏ YES  ❏ NO |

__2__ continuation sheets attached *(if any)*

**I declare under penalty of perjury** that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: __12/30/2010__

_____
Signature of Debtor

_____
Signature of Joint Debtor

B 8 (Official Form 8) (12/08)     Page 3

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

**PART A** - Continuation

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>Merrill Lynch Credit Corporation<br>4804 Deer Lake Drive East, Jacksonville, FL 32246 | **Describe Property Securing Debt:**<br>Warren Noteware's real property, located at:<br>1615 Sheridan Way, Stockton CA 95207 |
| Property will be *(check one)*:<br>  ☐ Surrendered        ☑ Retained<br><br>If retaining the property, I intend to *(check at least one)*:<br>  ☐ Redeem the property<br>  ☑ Reaffirm the debt<br>  ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).<br><br>Property is *(check one)*:<br>  ☐ Claimed as exempt        ☑ Not claimed as exempt | |

**PART B** - Continuation

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES     ☐ NO |

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES     ☐ NO |

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

PART A - Continuation

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>BAC Home Loans Servicing<br>450 American Street<br>Simi Valley, CA 93065 | **Describe Property Securing Debt:**<br>Warren Noteware's real property, located at:<br>1525 Santiago Street, San Francisco CA 94116 |
| Property will be:<br>☐ Surrendered    ☒ Retained<br><br>If retaining the property, I intend to:<br>☐ Redeem the property<br>☒ Reaffirm the debt<br><br>Property is *(check one)*:<br>☐ Claimed as exempt    ☒ Not claimed as exempt | |

| Property No. 5 | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |
| ☐ Surrendered    ☐ Retained<br><br>Property is *(check one)*:<br>☐ Claimed as exempt    ☐ Not claimed as exempt | |