IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | |
| JAMES D. NOTEWARE, | § § | Case No. 10-41451 (Chapter 7) |
| Debtor | § | |

**DEBTOR'S PAY RECORDS**

United States District Court
Southern District of Texas
FILED
DEC 30 2010
David J. Bradley, Clerk of Court

Debtor submits the attached as the Debtor's pay records.

Respectfully submitted,
LAW OFFICES OF MATTHEW HOFFMAN, p.c.

By: _____
Matthew Hoffman
TBN: 09779500
S.D. Bar No.: 3454
James C. Lee
TBN: 24060153
2777 Allen Parkway, Suite 1000
Houston, Texas 77019
713.654.9990 *Telephone*
713.654.0038 *Facsimile*
ATTORNEYS FOR
JAMES D. NOTEWARE, DEBTOR

# CITY OF HOUSTON



| Emp.Name: | JAMES NOTEWARE | Pay Begin/End Date: | 11/27/2010 - 12/10/2010 | TAX DATA: Federal |
|---|---|---|---|---|
| Emp.ID: | 00139422 | Advice Date: | 12/17/2010 | Marital Status: Married |
| | | Bus Area/Dept 3200 | Org.Key 32001002 | Allowances: 06 |
| | | Check no.: | 00116726 | Additional: 0.00 |

## HOURS AND EARNINGS

| Wage Type description | Hours (Current) | Amount (Current) | Amount (YTD) |
|---|---|---|---|
| Pay Period Salary | 80.00 | 6,338.47 | 96,941.81 |
| Car Allowance - Exec | | 161.54 | 2,746.18 |
| Holiday Pay | | | 3,766.08 |
| City Business Pay | | | 3,784.56 |
| Muni Training Pay | | | 307.68 |
| **TOTAL** | | **6,500.01** | **107,546.31** |

## QUOTA ACCRUAL

| Quota | Accrued | Used | Balance |
|---|---|---|---|
| CSL | 2.50 | | 65.00 |
| FLOATING HOLIDAY | | | 8.00 |
| VACATION | 3.07 | | 51.09 |
| WELLNESS | | | 8.00 |
| **TOTAL** | **5.57** | | **132.09** |

## DISBURSEMENTS

| Description | Amount |
|---|---|
| CHECK PAYMENT | 4,849.78 |
| **Total** | **4,849.78** |

## PRE TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| HMO Med EE | 132.71 | 1,327.10 |
| Dentl Indem EE | 14.85 | 148.50 |
| **Total** | **147.56** | **1,475.60** |

## POST TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total | | |

S0006 28 381

## TAXES

| Description | Current | YTD |
|---|---|---|
| TX Withholding Tax | 1,014.97 | 16,713.80 |
| TX EE Social Security | 395.26 | 6,590.53 |
| TX EE Medicare Tax | 92.44 | 1,541.33 |
| **Total** | **1,502.67** | **24,845.66** |

| | TOTAL GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|
| Current | 6,500.01 | 1,502.67 | 147.56 | 4,849.78 |
| YTD | 107,546.31 | 24,845.66 | 1,475.60 | 81,225.05 |

# CITY OF HOUSTON

| Emp.Name: | JAMES NOTEWARE | Pay Begin/End Date: 11/13/2010 - 11/26/2010 | TAX DATA: Federal |
|---|---|---|---|
| | | Advice Date: 12/03/2010 | Marital Status: Married |
| Emp.ID: | 00139422 | Bus Area/Dept 3200   Org.Key 32001002 | Allowances: 06 |
| | | Check no.: 00116508 | Additional: 0.00 |

## HOURS AND EARNINGS

| Wage Type description | CURRENT Hours | CURRENT Amount | YTD Amount |
|---|---|---|---|
| Pay Period Salary | 64.00 | 5,070.79 | 90,603.34 |
| Car Allowance - Exec | | 161.54 | 2,584.64 |
| Holiday Pay | 16.00 | 1,267.68 | 3,766.08 |
| City Business Pay | | | 3,784.56 |
| Muni Training Pay | | | 307.68 |
| TOTAL | | 6,500.01 | 101,046.30 |

## QUOTA ACCRUAL

| Quota | Accrued | Used | Balance |
|---|---|---|---|
| CSL | 2.50 | | 62.50 |
| FLOATING HOLIDAY | | | 8.00 |
| VACATION | 3.07 | | 48.02 |
| WELLNESS | | | 8.00 |
| TOTAL | 5.57 | | 126.52 |

## DISBURSEMENTS

| Description | Amount |
|---|---|
| CHECK PAYMENT | 4,849.77 |
| Total | 4,849.77 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| TX Withholding Tax | 1,014.97 | 15,698.83 |
| TX EE Social Security | 395.27 | 6,195.27 |
| TX EE Medicare Tax | 92.44 | 1,448.89 |
| Total | 1,502.68 | 23,342.99 |

## PRE TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| HMO Med EE | 132.71 | 1,194.39 |
| Dentl Indem EE | 14.85 | 133.65 |
| Total | 147.56 | 1,328.04 |

## POST TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total | | |

| | TOTAL GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|
| Current | 6,500.01 | 1,502.68 | 147.56 | 4,849.77 |
| YTD | 101,046.30 | 23,342.99 | 1,328.04 | 76,375.27 |

# CITY OF HOUSTON

| Emp.Name: | JAMES NOTEWARE | Pay Begin/End Date: | 10/30/2010 - 11/12/2010 | TAX DATA: Federal |
|---|---|---|---|---|
| | | Advice Date: | 11/19/2010 | Marital Status: Married |
| Emp.ID: | 00139422 | Bus Area/Dept 3200 | Org.Key  32001002 | Allowances: 06 |
| | | Check no.: | 00116330 | Additional:  0.00 |

## HOURS AND EARNINGS

| Wage Type description | [------- CURRENT -------] | | [---- YTD ----] |
|---|---|---|---|
| | Hours | Amount | Amount |
| Pay Period Salary | 64.00 | 5,070.79 | 85,532.55 |
| Car Allowance - Exec | | 161.54 | 2,423.10 |
| Holiday Pay | 8.00 | 633.84 | 2,498.40 |
| City Business Pay | 8.00 | 633.84 | 3,784.56 |
| Muni Training Pay | | | 307.68 |
| Difference prev. Period | | 0.01 | |
| **TOTAL** | | **6,500.02** | **94,546.29** |

## QUOTA ACCRUAL

| Quota | Accrued | Used | Balance |
|---|---|---|---|
| CSL | | 2.50 | 60.00 |
| FLOATING HOLIDAY | | | 8.00 |
| VACATION | 3.07 | | 44.95 |
| WELLNESS | | | 8.00 |
| **TOTAL** | **5.57** | | **120.95** |

## DISBURSEMENTS

| Description | Amount |
|---|---|
| CHECK PAYMENT | 4,849.78 |
| Total | 4,849.78 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| TX Withholding Tax | 1,014.97 | 14,683.86 |
| TX EE Social Security | 395.27 | 5,800.00 |
| TX EE Medicare Tax | 92.44 | 1,356.45 |
| Total | 1,502.68 | 21,840.31 |

## PRE TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| HMO Med EE | 132.71 | 1,061.68 |
| Dentl Indem EE | 14.85 | 118.80 |
| Total | 147.56 | 1,180.48 |

## POST TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total | | |

| | TOTAL GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|
| Current | 6,500.02 | 1,502.68 | 147.56 | 4,849.78 |
| YTD | 94,546.29 | 21,840.31 | 1,180.48 | 71,525.50 |

# CITY OF HOUSTON

| Emp.Name: | JAMES NOTEWARE | Pay Begin/End Date: | 10/16/2010 - 10/29/2010 | TAX DATA: Federal |
|---|---|---|---|---|
| Emp.ID: | 00139422 | Advice Date: | 11/05/2010 | Marital Status: Married |
| | | Bus Area/Dept 3200 | Org.Key 32001002 | Allowances: 06 |
| | | Check no.: | 00116129 | Additional: 0.00 |

## HOURS AND EARNINGS

| Wage Type description | Hours | [------ CURRENT ------] Amount | [---- YTD ----] Amount |
|---|---|---|---|
| Pay Period Salary | 80.00 | 6,338.47 | 80,461.75 |
| Car Allowance - Exec | | 161.54 | 2,261.56 |
| Holiday Pay | | | 1,864.56 |
| City Business Pay | | | 3,150.72 |
| Muni Training Pay | | | 307.68 |
| **TOTAL** | | **6,500.01** | **88,046.27** |

## QUOTA ACCRUAL

| Quota | Accrued | Used | Balance |
|---|---|---|---|
| CSL | 2.50 | | 57.50 |
| VACATION | 41.88 | | 41.88 |
| WELLNESS | | | 8.00 |
| **TOTAL** | **44.38** | | **107.38** |

## DISBURSEMENTS

| Description | Amount |
|---|---|
| CHECK PAYMENT | 4,849.77 |
| **Total** | **4,849.77** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| TX Withholding Tax | 1,014.97 | 13,668.89 |
| TX EE Social Security | 395.27 | 5,404.73 |
| TX EE Medicare Tax | 92.44 | 1,264.01 |
| **Total** | **1,502.68** | **20,337.63** |

## PRE TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| HMO Med EE | 132.71 | 928.97 |
| Dentl Indem EE | 14.85 | 103.95 |
| **Total** | **147.56** | **1,032.92** |

## POST TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **Total** | | |

| | TOTAL GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|
| Current | 6,500.01 | 1,502.68 | 147.56 | 4,849.77 |
| YTD | 88,046.27 | 20,337.63 | 1,032.92 | 66,675.72 |